
SLIP OPINION

Cite as 2014 Ark. 291

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS JUDGES AND LAWYERS ASSISTANCE PROGRAM | **Opinion Delivered** June 19, 2014 |

## PER CURIAM

Shannon Subarich Pearce, a lay member whose term is due to expire on July 1, 2017, has resigned from the Arkansas Judges and Lawyers Assistance Program Committee. We appoint Anne Lynn Henry of Jonesboro as the replacement for Ms. Pearce. Ms. Henry's term will conclude on July 1, 2017.

The court extends its sincere appreciation to Ms. Henry for accepting appointment. The court also expresses its gratitude to Ms. Pearce for her dedicated and faithful service to the committee.